COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In re TIC Philly Lansdale 2, LLC, TIC Philly Lansdale 3, LLC, TIC Philly Lansdale 4, LLC, TIC Philly Lansdale 5, LLC, TIC Philly Lansdale 6, LLC, TIC Philly Lansdale 7, LLC, TIC Philly Lansdale 8, LLC, TIC Philly Lansdale 9, LLC, TIC Philly Lansdale 10, LLC, TIC Philly Lansdale 11, LLC, TIC Philly Lansdale 13, LLC, TIC Philly Lansdale 14, LLC, TIC Philly Lansdale 16, LLC, TIC Philly Lansdale 18, LLC, TIC Philly Lansdale 19, LLC, TIC Philly Lansdale 20, LLC, TIC Philly Lansdale 21, LLC, TIC Philly Lansdale 23, LLC, TIC Philly Lansdale 24, LLC, TIC Philly Lansdale 25, LLC, TIC Philly Lansdale 27, LLC, TIC Philly Lansdale 29, LLC, TIC Philly Lansdale 30, LLC, TIC Philly Lansdale 31, LLC, TIC Philly Lansdale 32, LLC, TIC Philly Lansdale 33, LLC, and Wayne Mar, d/b/a TIC Philly Lansdale H

Appellate case number:  01-22-00192-CV

Trial court case number:  2021-46723

Trial court:  151st District Court of Harris County

On May 20, 2022, Relators filed a Second Motion for Extension of Time to File Motion for Rehearing. Relators' motion is **granted**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
Acting individually

Date: May 26, 2022